IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NO. |
|---|---|---|
| ROSARIO, *et al.* | : | 02-3025 |
| ANDRUS | : | 02-3103 |
| STOCK | : | 02-3116 |
| LOVE | : | 02-3284 |
| LAMPIKE, *et al.* | : | 02-3286 |
| JONES | : | 02-3305 |
| DUNLAP, *et al.* | : | 02-3318 |
| NOBLE, *et al.* | : | 02-3349 |
| SERRANO | : | 02-3367 |
| STAINITSKI, *et al.* | : | 02-3392 |
| MOATS | : | 02-3408 |
| JOHNSON, *et al.* | : | 02-3473 |
| GLASCO, *et al.* | : | 02-3489 |
| WALL, *et al.* | : | 02-3500 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this _____ day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ] - Order staying these proceedings pending disposition of a related action.

[ ] - Order staying these proceedings pending determination of arbitration proceedings.

[ ] - Interlocutory appeal filed.

[ X ] - Other: <u>Case is placed into suspense pending receipt of the C.T.O. from the Judicial Panel on Multi District Litigation</u>.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                            **BY THE COURT:**

                              _____

                              **Petrese B. Tucker, Judge**