IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONIDES ROSARIO, ET AL.** | : | |
|     **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 02-3025** |
| **v.** | : | |
| | : | |
| **SCM GROUP USA, INC.** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, this 4th day of October 2002, upon consideration of Defendant's Motion for Pro Hac Vice Admission of James D. Meadows (Doc. 9), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. James D. Meadows is admitted to appear Pro Hac Vice in this Court and may participate actively in all proceedings on behalf of the Defendant for the duration of the above-captioned litigation.

                                                              **BY THE COURT:**

                                                              _____

                                                              **Hon. Petrese B. Tucker, U.S.D.J.**