## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONIDES ROSARIO, ET AL.** | : | |
|     Plaintiff | : | |
| | : | **CIVIL ACTION NO. 02-3025** |
| v. | : | |
| | : | |
| **SCM GROUP USA, INC.** | : | |
|     Defendant | : | |

### ORDER

**AND NOW**, this 4th day of October 2002, upon consideration of Defendant's Motion for Pro Hac Vice Admission of Christopher Anulewicz (Doc. 8), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. Christopher Anulewicz is admitted to appear Pro Hac Vice in this Court and may participate actively in all proceedings on behalf of the Defendant for the duration of the above-captioned litigation.

                                                     **BY THE COURT:**

                                                     **Hon. Petrese B. Tucker, U.S.D.J.**