WUSINICH, BROGAN & STANZIONE   Attorneys for Plaintiff
By:   Edward C. Sweeney, Esq.
        I.D. No.: 64565
537 West Uwchlan Avenue, Suite 200
Downingtown, Pennsylvania 19335
(610) 594-1600

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONIDES ROSARIO and LINDA ROSARIO, h/w<br>335 S. Prince Street, 3rd Floor<br>Lancaster, PA 17602<br><br>                    Plaintiff,<br><br>vs.<br><br>SCM GROUP USA, INC.<br>2475B Satellite Boulevard<br>Duluth, GA 30096<br><br>                    Defendant. | CIVIL ACTION - LAW<br><br>No.: 02-CV-3025<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW this _____ day of _____, 2002, Plaintiff's Motion to Amend Complaint Pursuant to Stipulation between the Parties is hereby GRANTED. It is ORDERED that the Complaint is AMENDED by Stipulation.

BY THE COURT:

_____
                                                                                                        J.

WUSINICH, BROGAN & STANZIONE        Attorneys for Plaintiff
By:   Edward C. Sweeney, Esq.
      I.D. No.: 64565
537 West Uwchlan Avenue, Suite 200
Downingtown, Pennsylvania 19335
(610) 594-1600

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONIDES ROSARIO and GLENDALIZ ROSARIO-TORRES, h/w<br>335 S. Prince Street, 3rd Floor<br>Lancaster, PA 17602<br><br>                Plaintiff,<br><br>vs.<br><br>SCM GROUP USA, INC.<br>2475B Satellite Boulevard<br>Duluth, GA 30096<br><br>                Defendant. | CIVIL ACTION - LAW<br><br>No.: 02-CV-3025<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' MOTION TO AMEND COMPLAINT
### PURSUANT TO STIPULATION BETWEEN THE PARTIES

And now comes the Plaintiffs, Leonides Rosario and Glendaliz Rosario-Torres, with this Motion to Amend the Complaint and in support thereof avers as follows:

1. Plaintiffs, Leonides Rosario and Glendaliz Rosario-Torres, are husband and wife and have brought the instant suit in this matter.

2. This matter is a products liability case.

3. Originally, Plaintiff, Glendaliz Rosario-Torres, was named "Linda" in the original Complaint.

4. Both husband and wife in this matter, the Plaintiffs, speak little English and are hard to understand except in Spanish.

5. Through an interpreter, Mrs. Rosario, the wife-Plaintiff, has indicated to Plaintiffs' counsel that her name is not "Linda" but Glendaliz Rosario-Torres.

6.   Plaintiffs bring this Motion to Amend the Complaint.

7.   Defense counsel has no objection and has signed a Stipulation allowing the Complaint to be amended. See Exhibit "A" attached hereto.

**WHEREFORE**, Plaintiffs, Leonides Rosario and Glendaliz Rosario-Torres, respectfully request this Honorable Court to issue an appropriate order adopting the Stipulation between the parties.

Respectfully submitted,

WUSINICH, BROGAN & STANZIONE


By:_____
    Edward C. Sweeney
    Attorney for Plaintiffs

Dated:_____

WUSINICH, BROGAN & STANZIONE          Attorneys for Plaintiff
By:   Edward C. Sweeney, Esq.
      I.D. No.:  64565
537 West Uwchlan Avenue, Suite 200
Downingtown, Pennsylvania  19335
(610) 594-1600

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONIDES ROSARIO and LINDA ROSARIO, h/w<br>335 S. Prince Street, 3rd Floor<br>Lancaster, PA  17602<br><br>               Plaintiff,<br><br>vs.<br><br>SCM GROUP USA, INC.<br>2475B Satellite Boulevard<br>Duluth, GA  30096<br><br>               Defendant. | CIVIL ACTION - LAW<br><br>No.: 02-CV-3025<br><br>**JURY TRIAL DEMANDED** |

## **CERTIFICATE OF SERVICE**

I, Edward C. Sweeney, do hereby certify that I caused a true and correct copy of Plaintiffs' Motion to Amend Complaint Pursuant to Stipulation between the Parties to be sent to the following parties via First Class mail, postage prepaid:

James D. Meadows, Esq.                     Warren E. Voter, Esq.
Meadows Ichter & Bowers, P.C.              Sweeney & Sheehan
8 Piedmont Center, Suite 300               1515 Market Street, 19th Floor
3525 Piedmont Road, N.E.                   Philadelphia, PA  19102
Atlanta, GA  30305

                                           Respectfully submitted,

                                           WUSINICH, BROGAN & STANZIONE


                                           By:_____
                                              Edward C. Sweeney
                                              Attorney for Plaintiffs

Dated:_____