IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONIDES ROSARIO, ET AL.** | : | |
|     **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 02-3025** |
| **v.** | : | |
| | : | |
| **SCM GROUP USA, INC.** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, this 16th day of December 2002, upon consideration of Plaintiffs' Motion for Extension of Time to Complete Discovery (Doc. 15), **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**.

                                          **BY THE COURT:**

                                          _____

                                          **Hon. Petrese B. Tucker, U.S.D.J.**