IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONIDES ROSARIO, ET AL.** | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. 02-3025 |
| v. | : | |
| | : | |
| **SCM GROUP USA, INC.** | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, this 2nd day of July 2003, upon consideration of Defendant's Motion for Summary Judgment (Doc. 27) and Plaintiffs' Response thereto (Doc. 30), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

                                                          **BY THE COURT:**

                                                          _____
                                                          **Hon. Petrese B. Tucker, U.S.D.J.**