# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONIDES ROSARIO, ET AL.** | : | |
|     **Plaintiffs** | : | |
| | : | **CIVIL ACTION NO. 02-3025** |
| **v.** | : | |
| | : | |
| **SCM GROUP USA, INC.** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, this 2nd day of July 2003, upon consideration of Plaintiffs' Motion to Consolidate and Extend Discovery Deadline (02-CV-3025--Doc. 25 and 03-CV-761--Doc. 2) and Defendant's Response thereto, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Civil Action Numbers 02-CV-3025 and 03-CV-761 are consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. A status conference will held on Wednesday, July 16 at 11:00 a.m.

                                                          **BY THE COURT:**

                                                          _____

                                                          **Hon. Petrese B. Tucker, U.S.D.J.**