IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONIDES ROSARIO, ET AL.** | : | |
|  Plaintiff | : | |
| | : | **CIVIL ACTION NO. 02-3025** |
| v. | : | |
| | : | |
| **SCM GROUP USA, INC.** | : | |
|  Defendant | : | |

### ORDER

**AND NOW**, this 2nd day of July 2003, upon consideration of Plaintiffs' Motion to Compel Answers to Plaintiffs' Interrogatories (Doc. 16) and Plaintiffs' Motion to Compel Answers to Plaintiffs' Second Request for Production of Documents (Doc. 17), **IT IS HEREBY ORDERED** that Plaintiffs' Motions are **DENIED AS MOOT**.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**