IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONIDES ROSARIO, ET AL.** | : | |
|     Plaintiffs, | : | |
| | : | **CIVIL ACTION NO. 02-CV-3025** |
| v. | : | |
| | : | |
| **SCM GROUP SPA** | : | |
|     Defendant. | : | |
| **LEONIDES ROSARIO, ET AL.** | : | |
|     Plaintiffs, | : | |
| | : | **CIVIL ACTION NO. 03-CV-761** |
| v. | : | |
| | : | |
| **SCM GROUP SPA** | : | |
|     Defendant. | : | |

## ORDER

    **AND NOW**, this 18th day of November 2003, upon consideration of Plaintiffs' Motion to Compel Responses to Requests for Production of Documents Directed to Defendant SCM Group SpA (Doc. 8), Defendant's Answer (Doc. 11), Defendant's Motion for Protective Order Directing Plaintiffs to Proceed with Taking Discovery Pursuant to the Hague Convention (Doc. 10) and the Parties' Joint Stipulation to Resolve Discovery Dispute, Withdraw Plaintiffs' Motion to Compel, and Conduct Certain Discovery Beyond Discovery Period received November 14, 2003, **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion to Compel and Defendant's Motion for Protective Order are **WITHDRAWN**.

                                                             **BY THE COURT:**

                                                             _____

                                                             **Hon. Petrese B. Tucker, U.S.D.J.**