IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONIDES ROSARIO | : | CIVIL ACTION |
| and | : | |
| LINDA ROSARIO, h/w | : | |
| | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | |
| SCMI GROUP USA, INC. | : | NO. 02-CV-3025 |

### STIPULATION TO EXTEND DEADLINE FOR DEFENDANT, SCMI GROUP USA, INC.'s RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**AND NOW**, this _____ day of _____, 2004, it is hereby stipulated and agreed by and between the undersigned that the deadline for Defendant, SCMI Group USA, Inc. to respond to Plaintiffs' Motion for Partial Summary Judgment is extended to Monday, April 12, 2004.

This Stipulation may be executed in counterparts.

WUSINICH, BROGAN & STANZIONE                SWEENEY & SHEEHAN, P.C.

BY: /s/ Edward C. Sweeney                   BY: /s/ Johnna L. D'Aurora
Edward C. Sweeney, Esquire                  Warren E. Voter, Esquire
Attorney for Plaintiffs                     Johnna L. D'Aurora, Esquire
                                            James D. Meadows, Esquire
                                            Attorneys for Defendant,
                                            SCMI Group USA, Inc.

**BY THE COURT:**

_____
                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONIDES ROSARIO<br>   and<br>LINDA ROSARIO, h/w<br><br>   v.<br><br>SCMI GROUP USA, INC. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br>CIVIL ACTION - LAW<br><br><br>NO. 02-CV-3025 |

## CERTIFICATION OF SERVICE

I, **JOHNNA L. D'AURORA, ESQUIRE,** do hereby certify that a true and correct copy of the within **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT, SCMI GROUP USA, INC.'s RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** was forwarded to below listed counsel on **Monday, April 5, 2004** by regular, first class, U.S. mail.

Edward C. Sweeney, Esquire
**WUSINICH, BROGAN & STANZIONE**
537 W. Uwchlan Avenue
Suite 200
Downingtown, PA 19335

James D. Meadows, Esquire
**MEADOWS, ICHTER & BOWERS, P.C.**
14 Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, Georgia 30305

*Johnna L. D'Aurora*
Johnna L. D'Aurora
Identification No. 91260

**SWEENEY & SHEEHAN**
1515 Market Street 19th Floor
Philadelphia, Pennsylvania 19102-1983
(215)563-9811