IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONIDES ROSARIO, ET AL.** | : | |
|     Plaintiffs | : | **CIVIL ACTION NO. 02-3025** |
| | : | |
| v. | : | |
| | : | |
| **SCM GROUP USA, INC.** | : | |
|     Defendant | : | |

| | | |
|---|---|---|
| **LEONIDES ROSARIO, ET AL.** | : | |
|     Plaintiffs | : | **CIVIL ACTION NO. 03-761** |
| | : | |
| v. | : | |
| | : | |
| **SCM GROUP SpA** | : | |
|     Defendant | : | |

## ORDER

**AND NOW,** this 7th day of June 2004, upon consideration of the letter dated June 3, 2004 from Plaintiff's Counsel indicating that the parties in the above-captioned case have entered into a settlement agreement, **IT IS HEREBY ORDERED and DECREED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. 42 in 02-CV-3025; Doc. 15 in 03-CV-761) and Defendants' Answer (Doc. 44 in 02-CV-3025; Doc.17 in 03-CV761) are **DENIED AS MOOT**.

---

[1] Local Rule 41.1(b) states that "whenever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."

**IT IS FURTHER ORDERED** that the clerk of the court shall mark the above-captioned case **CLOSED**.

**BY THE COURT:**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**